√#110 # 129378

FILED
2011 MAR 25 PM 2:50
CLERK, U.S.
BANKRUPTCY COURT
TOLEDO, OHIO

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

In re: BLACK, ANDREW J     Case No. 10-35343
       BLACK, DEBORAH A

Judge    Mary Ann Whipple

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Address | Amount |
|---|---|---|
| Southwest Anesthesia Services | PO Box 63417<br>Cincinnati, OH 45203 | $3.43 |
| Medical Emergency Treatment Corp. | PO Box 634506<br>Cincinnati, OH 45263 | $3.39 |

Check #110 in the amount of $6.82 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

                                               Patti Baumgartner-Novak, Trustee

Dated: 3/22/11

cc: Office of the U.S. Trustee